# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ***In re BAYCOL PRODUCTS LITIGATION*** | : | **MDL No. 1431 (MJD)** |
| **This Document Relates to:** | : | |
| *Wilma H. Morgan v. Bayer Corp., et al.* | : | Case No. 02-0449 |
| *Patricia Hickerson v. Bayer Corp., et al.* | : | Case No. 02-0454 |
| *Billie Williams v. Bayer A.G., et al.* | : | Case No. 02-3896 |
| *Daniel Parker v. Bayer A.G., et al.* | : | Case No. 02-4695 |

## ORDER

Based on the stipulated submissions pursuant to Pretrial Order No. 149 and this Court's Order of April 25, 2006, and on the files, records, and proceedings therein,

**IT IS HEREBY ORDERED:**

The above-captioned cases are **DISMISSED WITH PREJUDICE.**

Dated: JUN 13 2006

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

SCANNED
JUN 14 2006
U.S. DISTRICT COURT MPLS